IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT DAYTON, OHIO

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFIT TRUST, et al. | CASE NO. 3:11-CV-75 |
| | JUDGE TIMOTHY S. BLACK |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR A WRIT OF CONTINUING GARNISHMENT** |
| D-MAC REBAR, LLC | |
| Defendant. | |

Plaintiffs Iron Workers District Council of Southern Ohio & Vicinity Benefit Trust, et al. ("Plaintiffs") have made a motion with this Court for the issuance of a writ of continuing garnishment in this Case against D Mac Rebar, LLC (the "Defendant"). Plaintiffs' Motion and Memorandum in Support claim that $53,038.22 remains outstanding on this Court's prior orders against the Defendant. Plaintiffs obtained the names of two (2) companies that the Defendant identified as owing it accounts receivable. The companies are Telamon Construction, Inc. and Robertson Construction. Plaintiffs have alleged that the amounts owed to the Defendant by these companies are not exempt and that they are subject to garnishment.

Accordingly, Plaintiffs' Motion is GRANTED. A Writ of Continuing Garnishment in the amount of $53,038.22 is hereby issued in favor of Plaintiffs and against the Defendant for monies owed to the Defendant by Telamon Construction, Inc. and Robertson Construction. Plaintiffs shall prepare and file the appropriate Notices and Answers to accomplish the garnishment.

_____          12/14/11
U.S. Dist. Judge Timothy S. Black          Date